UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Glenn Mays,<br><br>　　　　Defendant.<br>_____/ | Case: 2:26-cr-20050<br>Assigned To : Hood, Denise Page<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 2/4/2026<br>Description: IND USA V GLENN MAYS (SS)<br><br>Violations:<br>18 U.S.C. § 922(g) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1)
*Felon in Possession of Ammunition*

On or about September 6, 2024, in the Eastern District of Michigan, Southern Division, the defendant, GLENN MAYS, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, ammunition, that is: .380 caliber Hornady ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in this Indictment are realleged and incorporated by reference to allege forfeiture under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon being convicted of the offense charged in Count One of this Indictment, Defendant GLENN MAYS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/ Craig F. Wininger*
CRAIG F. WININGER
Chief, Violent and Major Crimes Unit

*s/ Ranya Elzein*
RANYA ELZEIN
DIANE PRINC
Assistant United States Attorneys

Dated: February 4, 2026

| United States District Court<br>Eastern District of Michigan | Criminal Case C | Case: 2:26-cr-20050<br>Assigned To : Hood, Denise Page<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 2/4/2026<br>Description: IND USA V GLENN MAYS (SS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it

| Companion Case Information: | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☒No | AUSA's Initials: DNP |

**Case Title:** USA v. Glenn Mays

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment – no prior complaint.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

**Defendant Name**          **Charges**          **Prior Complaint (if applicable)**

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 4, 2026
Date

Ranya Elzein
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Ranya.Elzein@usdoj.gov
(313) 226-0213
Bar #: OH 0090887

Diane N. Princ
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Diane.Princ@usdoj.gov
(313) 226-9524
Bar #: NY 4781159

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.